# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| MICHELLE HARRIS, | ) |
| Plaintiff, | ) |
| | ) Case No.: 20-cv-00767-SRB |
| v. | ) |
| NATIONAL CREDIT ADJUSTERS, LLC., | ) |
| Defendant. | ) |

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

Plaintiff's Motion to Show Cause Opposing Proposed Sanctions (Doc. #13) is DENIED. This case is hereby DISMISSED WITHOUT PREJUDICE. Plaintiff's counsel shall mail a copy of this Order to Plaintiff's last known address.

May 4, 2021                                         Paige Wymore-Wynn
Date                                                     Clerk of Court

                                                                                       /s/ Tracey L. Richard
                                                                                       (by) Deputy Clerk